STATE OF FLORIDA, EX REL., J. B. JOHNSON, ATTORNEY GEN-
ERAL, *Plaintiff*, v. F. W. EDDY, AS MAYOR, R. C. TISDALE,
JR., J. B. QUALLS, J. H. HUGHES, L. D. VINING, L. L.
FERTIC, AS COUNCILMEN, A. D. KEMP, AS MARSHALL AND
TAX COLLECTOR, L. R. HIGDON, AS TAX ASSESSOR AND
TREASURER OF THE TOWN OF BITHLO, *Defendants.*

Division B.

Opinion Filed May 30, 1928.

*R. S. Field,* Attorney for Plaintiff;

*H. M. Jarvis* and *Maguire & Voorhis,* Attorneys for De-
fendants.

TERRELL, J.—This writ of error was taken to an order dis-
missing an information in the nature of a *quo warranto*
against the defendants, appellees, as officers of the Town of
Bithlo, charging them with usurping the powers of a
municipal corporation under the corporate name of the
Town of Bithlo without warrant or authority of law there-
for.

The Town of Bithlo in Orange County, Florida, was in-
corporated October 9, 1922, under the general law for in-
corporating cities and towns in this State (Section 1828 Re-
vised General Statutes) and was validated by Chapter
11407, Acts of 1925, Laws of Florida.

The record has been examined carefully and while there may have been irregularities in the proceedings leading up to the incorporation of the said town we think they were all such as could be validated and approved by an Act of the Legislature and we think that Chapter 11407, Acts of 1925, was ample and sufficient for that purpose. Givens v. Hillsborough County, 46 Fla. 502, 35 So. Rep. 88; Cranor v. Volusia County Comm'rs., 54 Fla. 455, 45 So. Rep. 455; Schultz v. State *ex rel.*, Swearington, 80 Fla. 564, 86 So. Rep. 428.

Affirmed.

WHITFIELD, P. J., AND BUFORD, J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion and judgment.